UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

SHAWN BERNARD ECHOLS,
LAMONT ROQUINTON THOMAS,
ANTHONY LYNN LLOYD,
ADRIAN LINN TRAVIER,
LAMAR EDWARD SANDERS,
KEITH TRAYVON CURTIS, and
LUE CHANEL WILLIAMS,

     Defendants.

_____/

Case No. 1:26-cr-35

HON. JANE M. BECKERING

### ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

This matter is before the Court on the unopposed joint request for a 90-day ends of justice continuance (ECF No. 86).  Currently, the final pretrial conference is scheduled for June 8, 2026, and the jury trial is scheduled for June 16, 2026.  The request for a continuance was made to allow additional time to review the voluminous discovery, confer with their clients, further investigate the facts of this case, and consider potential motions and defenses.  Defendants Shawn Bernard Echols, Lamar Edward Sanders, Keith Trayvon Curtis, Lamont Roquinton Thomas, Adrian Linn Travier, and Anthony Lynn Lloyd have consented to the request for a continuance (*see* ECF Nos. 88–89, 92, & 94–96).[1]

---

[1] On May 15, 2026, a change of plea hearing as to Defendant Lue Chanel Williams was noticed for May 26, 2026 (ECF No. 98).  A trial as to Defendant Williams is not anticipated.  The June 8, 2026 final pretrial conference and June 16, 2026 jury trial are adjourned without date as to Defendant Williams.  In the event Defendant Williams does not enter a guilty plea, the Court will reset her trial deadlines and applicable dates consistent with Defendants Echols, Sanders, Curtis, Thomas, Travier, and Lloyd.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).  Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance.  *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv).  Accordingly:

**IT IS HEREBY ORDERED** that the Unopposed Joint Motion for ends of justice continuance (ECF No. 86) is GRANTED.  All pretrial motions shall be filed no later than July 10, 2026.  All motions in limine shall be filed no later than July 20, 2026.  Pre-conference filings shall be filed no later than August 10, 2026.  Counsel shall provide to the Court hard copies of any exhibits to which objections have been made no later than August 10, 2026.  Counsel for the party objecting is responsible for providing the hard copies of the objected-to exhibits to the Court.  The final pretrial conference is rescheduled to **August 17, 2026 at 3:00 p.m.**  The jury trial is rescheduled to **September 8, 2026 at 9:00 a.m.**[2]

Dated: May 19, 2026                                    /s/ Jane M. Beckering
                                                                   JANE M. BECKERING
                                                                   United States District Judge

---

[2] Counsel and Defendant(s) shall be present in the courtroom at 8:30 a.m. to address any preliminary matters.